**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

RON A. KORT,

                             **Plaintiff,**

          **-against-**

**M CLUB GYM LLC d/b/a MERCEDES CLUB**,
**& TWO TREES MANAGEMENT CO.,**

                          **Defendants.**

-------------------------------------------------------------------X

**25-CV-8685 (DEH)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _1/6/2026_

**SARAH NETBURN, United States Magistrate Judge:**

     A conference is scheduled for Monday, January 12, 2026, at 3:00 p.m. to discuss Defendants' motion to dismiss. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 6, 2026
             New York, New York