**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

RON A. KORT,

                             **Plaintiff,**

            **-against-**

M CLUB GYM LLC d/b/a MERCEDES CLUB,
& TWO TREES MANAGEMENT CO.,

                          **Defendants.**

-------------------------------------------------------------------X

**25-CV-8685 (DEH)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2026

**SARAH NETBURN, United States Magistrate Judge:**

      The conference scheduled for Monday, January 12, 2026, is RESCHEDULED for January 28, 2026, at 3:30 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 8, 2026
              New York, New York