**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RON A. KORT,

                         **Plaintiff,**

          **-against-**

**M CLUB GYM LLC d/b/a MERCEDES CLUB**,
**& TWO TREES MANAGEMENT CO.,**

                   **Defendants.**

-----------------------------------------------------------------X

**25-CV-8685 (DEH)(SN)**

**ORDER**

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2026
```

**SARAH NETBURN, United States Magistrate Judge:**

Pursuant to Local Civil Rule 6.1(b), Plaintiff's response to Defendants' motion to dismiss is due by January 13, 2026. By that date, Plaintiff may file either an amended complaint that addresses any deficiencies in the pleadings or an opposition.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 9, 2026
              New York, New York