UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kort, | |
| Plaintiff(s), | |
| v. | 25-CV-8685 (DEH) |
| M Club Gym LLC et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

The parties shall appear for a conference in this matter on **June 1, 2026** at **11:45 A.M.**

The conference will be held via Microsoft Teams.  The parties should dial in by calling (646)

453-4442 and entering the Phone Conference ID: 620 100 348, followed by the pound (#) sign.

SO ORDERED.

Dated:  May 29, 2026
          New York, New York

_____
DALE E. HO
United States District Judge