UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kort,

Plaintiff(s),

v.

M Club Gym LLC et al.,

Defendant(s).

25-CV-8685 (DEH)

ORDER

DALE E. HO, United States District Judge:

The conference in this matter scheduled for June 1, 2026 at 11:45 A.M. was scheduled in error.  The conference is cancelled.  The parties need not appear.

SO ORDERED.

Dated: June 1, 2026
New York, New York

DALE E. HO
United States District Judge